COURT OF APPEALS CAUSE NUMBER: 02-18-00061-CR, 02-18-00062-CR, 02-18-00063-CR

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/24/2018 6:40:43 AM
DEBRA SPISAK
Clerk

TRIAL COURT CAUSE NUMBER: 1321983, 1321987, 1321986

CASE NAME: THE STATE OF TEXAS vs. MICHAEL HONGPATHOUM

**COURT REPORTER'S CERTIFICATION**

    I, Norma L. Rico, certify to the Court of Appeals that I have been unable to convert the following exhibit(s) into a format and/or size compatible with the requirements of the TAMES portal, the Uniform Format Manual for Texas Reporters' Records, and Appendix C of the Rules of Appellate Procedure:

State's Exhibits 2, 3, 4, and 5

    I have not been able to convert the exhibit(s) for the following reason:

File is unable to be uploaded due to it being too large.

Date: 5/21/2018

Signature: /s/  *Norma L. Rico*